UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRANCIS ESPOSITO, *et al.*,

    Plaintiffs,

v.                                             Case No.  5:20-cv-245-MW/MJF

NATIONAL BASKETBALL
ASSOCIATION, INC., *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This *pro se* non-prisoner case is before the court on referral from the clerk of the court.[1] On February 19, 2021, the undersigned struck Plaintiffs' second amended complaint for failure to comply with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of Florida. (Doc. 26). The undersigned ordered Plaintiffs to file a third amended complaint or a notice of voluntary dismissal. (*Id.*). Plaintiffs were warned that failure to comply with the order likely would result in dismissal of this case. (*Id*. at 6). Plaintiffs have

---

[1] The district court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

not complied with the order and have not responded to the March 26, 2021, show-cause order. (Doc. 27).[2]

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[3]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 10th day of May, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[2] The show-cause order had a 21-day response deadline. The undersigned provided Plaintiffs 21 additional days to respond in addition to the show-cause deadline.

[3] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").