# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**FRANCIS ESPOSITO, et al.,**

   *Plaintiffs*,

v.                                                         Case No.: 5:20cv245-MW/MJF

**NATIONAL BASKETBALL**
**ASSOCIATION, INC., et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 28. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 28, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiffs' claims are **DISMISSED** without prejudice for failure to comply with court orders." The Clerk

shall close the file.

**SO ORDERED on June 10, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**